The People of the State of Colorado, Plaintiff-Appellee, v. Shawn Michael Oliver, Defendant-Appellant. No. 19CA0083
Court of Appeals of Colorado, Fourth Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court No. 17CR363 Honorable Theresa M.
 Cisneros, Judge
 
 
 
 OPINION
 
 
 J.
 JONES, JUDGE
 
 
 JUDGMENT
 AND SENTENCE AFFIRMED IN PART, VACATED IN PART, AND CASE
 REMANDED WITH DIRECTIONS
 
 
 Tow
 and Casebolt [*] , JJ, concur
 
 
 ---------
 
 
 Notes:
 
 
 [*]Sitting by assignment of the
 Chief Justice under provisions of Colo. Const. art. VI,
 § 5(3), and § 24-51-1105, C.R.S. 2020.
 
 
 ---------